IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT PAPENHAUSEN,

              Plaintiff,                No. CIV S-12-0341 LKK GGH P

     vs.

PHIL SHANNON, et al.,

              Defendant.          ORDER FOR PAYMENT

_____/          OF INMATE FILING FEE

To:  The Sheriff of Plumas County, Attention:  Inmate Trust Account, 1400 East Main Street, Quincy, California 95971.

          Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's trust account for the 6-month period immediately preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  The Plumas County Sheriff is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

1

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2    1.  The Sheriff of Plumas County or a designee shall collect from plaintiff's

3    inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. §

4    1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  The

5    payment shall be clearly identified by the name and number assigned to this action.

6    2.  Thereafter, the Plumas County Sheriff or a designee shall collect from

7    plaintiff's inmate trust account monthly payments from plaintiff's trust account in an amount

8    equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust

9    account and forward payments to the Clerk of the Court each time the amount in the trust account

10   exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this

11   action has been paid in full.  The payments shall be clearly identified by the name and number

12   assigned to this action.

13   3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

14   plaintiff's signed in forma pauperis affidavit on the Sheriff of Plumas County, Inmate Trust

15   Account, 1400 East Main Street, Quincy, California 95971.

16   4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

17   Department of the court.

18   DATED: March 26, 2012

19                                    /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE
20

21   GGH:009
     papp0341.cdc
22

23

24

25

26