IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT PAPENHAUSEN,

      Plaintiff,                    No. CIV S-12-0341 GGH P

    vs.

PHIL SHANNON, et al.,

      Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 26, 2012, plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted.  The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

        IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this case.

\\\\\

1

1    IT IS RECOMMENDED that this action be dismissed without prejudice. <u>See</u>
2 Local Rule 110; Fed. R. Civ. P. 41(b).
3    These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen
5 days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court. The document should be captioned "Objections to Magistrate Judge's
7 Findings and Recommendations." Any response to the objections shall be filed and served
8 within fourteen days after service of the objections. Plaintiff is advised that failure to file
9 objections within the specified time waives the right to appeal the District Court's order.
10 <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
11 DATED: May 2, 2012

           /s/ Gregory G. Hollows
         UNITED STATES MAGISTRATE JUDGE

GGH:009
pape0341.fta